

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-24-00714-CV

Omar **ELIZONDO**, et al.,
Appellants

v.

**HILCORP ENERGY COMPANY** and Predecessors,
Appellees

From the 49th Judicial District Court, Zapata County, Texas
Trial Court No. 12,062
Honorable Jose A. Lopez, Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE MCCRAY, AND JUSTICE MEZA

In accordance with this court's opinion of this date, the trial court's summary judgment order, signed on July 3, 2024, is AFFIRMED. It is ORDERED that costs are taxed against appellants.

SIGNED January 14, 2026.

_____
Rebeca C. Martinez, Chief Justice